|207     229|
|s207    231|

# Stockdale *v.* Maginn (No. 3).

*Res adjudicata—Partnership account—Equity.*

On a bill in equity between partners for the settlement of partnership accounts a former distribution of another fund raised from partnership property with notice to all parties interested is not res adjudicata in distribution of a subsequent one even as to those who were parties to the first distribution.

Argued Oct. 27, 1903. Appeal, No. 101, Oct. T., 1903, by First National Bank, from decree of C. P. No. 2, Allegheny Co., Jan. T., 1880, No. 150, on bill in equity in case of J. T. Stockdale, Trustee, v. Michael Maginn et. al. Before DEAN, FELL, BROWN, MESTREZAT and POTTER, JJ. Affirmed.

Bill in equity to liquidate a partnership account.

*Errors assigned* were in dismissing exceptions to auditor's report.

*C. C. Dickey*, with him *W. K. Shiras*, for appellant.

*B. C. Christy*, and *Craig Smith*, for appellees.

PER CURIAM, November 9, 1903 :

The principal complaint of appellant is that the court below declined to hold that in a bill between partners for the settlement of partnership accounts, a former distribution of another fund, raised from partnership property, with notice to all parties interested was res adjudicata in distribution of a subsequent fund at least as to those who were parties to the first distribution. The court below fully sustained its conclusion by adopting as the law, Light's Appeal, 136 Pa. 211, which is followed by the very late cases,—Sheppard's Estate, 180 Pa. 57, and Reilly's Estate, 190 Pa. 509.

It is proper to notice that no attempt is made by appellant to contest the auditor's findings of fact; and the court below amply vindicates its conclusions of law from those facts.

The assignments of error are overruled and the decree is affirmed.